JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA GAYLE, | Case No. CV 17-6068 FMO (JCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| RETAIL BY THE SEA, LLC, et al., | |
| Defendants. | |

Pursuant to the Mediation Report of February 13, 2018, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 14th day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge